B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shifrin, Gary Stuart** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Shifrin, Marilyn Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Custom Candy Design, LLC; DBA Custom Candy Design** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Custom Candy Design, LLC; DBA Custom Candy Design** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5047** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8391** |
| Street Address of Debtor (No. and Street, City, and State):<br>**621 Thistle Lane**<br>**Prospect Heights, IL**　　　　ZIP Code **60070** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**621 Thistle Lane**<br>**Prospect Heights, IL**　　　　ZIP Code **60070** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13　　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shifrin, Gary Stuart**<br>**Shifrin, Marilyn Marie** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Stephen S. Newland**                          **August 11, 2010**<br>Signature of Attorney for Debtor(s)                          (Date)<br>**Stephen S. Newland 6207458** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)**                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shifrin, Gary Stuart**<br>**Shifrin, Marilyn Marie** |

<b>Signatures</b>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Gary Stuart Shifrin**
Signature of Debtor  **Gary Stuart Shifrin**

X  **/s/ Marilyn Marie Shifrin**
Signature of Joint Debtor **Marilyn Marie Shifrin**

Telephone Number (If not represented by attorney)

**August 11, 2010**
Date

### Signature of Attorney*

X  **/s/ Stephen S. Newland**
Signature of Attorney for Debtor(s)

**Stephen S. Newland 6207458**
Printed Name of Attorney for Debtor(s)

**Newland Newland & Newland**
Firm Name

**1512 Artaius Parkway**
**Libertyville, IL 60048**

Address

**Email: steve@newlandlaw.com**
**(847) 549-0000  Fax: (847) 549-1902**
Telephone Number

**August 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Gary Stuart Shifrin**     Case No. _____
**Marilyn Marie Shifrin**

                     Debtor(s)     Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gary Stuart Shifrin**
                        **Gary Stuart Shifrin**

Date:   **August 11, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gary Stuart Shifrin**
**Marilyn Marie Shifrin**                 Case No. _____

                               Debtor(s)        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Marilyn Marie Shifrin**

                           **Marilyn Marie Shifrin**

Date:   **August 11, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gary Stuart Shifrin,**
       **Marilyn Marie Shifrin**

       Debtors

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 600.00 | | |
| B - Personal Property | Yes | 3 | 14,142.08 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 174,078.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 332,775.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,070.50 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,373.00 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 14,742.08 | | |
| Total Liabilities | | | | 506,853.62 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Gary Stuart Shifrin,**                      Case No. _____

          **Marilyn Marie Shifrin**

                                      ,
                               Debtors          Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Gary Stuart Shifrin,**                                                        Case No. _____
         **Marilyn Marie Shifrin**

                                                                                ,
                                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Burial Plots (3)** | **Fee simple** | **J** | **600.00** | **0.00** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **600.00** | (Total of this page) |
|  | Total > | **600.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin**

Case No. _____

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | J | 6.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Business checking acct #2282 $118.49; Bank of America Personal checking acct #1091 $11; Bank of America Business Checking Acct #2274 $0; Amcore Bank personal checking acct #3696 $106.59** | J | 236.08 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Usual and necessary household goods and furnishings, including audio, video, and computer equipment** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various paperbacks and wall hangings** | J | 100.00 |
| 6. Wearing apparel. | | **Clothing** | J | 800.00 |
| 7. Furs and jewelry. | | **Various costume jewelry- Debtors have no wedding set** | J | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      2,842.08
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gary Stuart Shifrin,**                                                Case No. _____
         **Marilyn Marie Shifrin**
                                                              ,
                            Debtors
# SCHEDULE B - PERSONAL PROPERTY
                        (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Custom Candy Design f/k/a Custom Candy Design, LLC-; Value of business is 100% exempt under tools of the trade/wild card** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                              Sub-Total >           0.00
                                                            (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**
　　　**Marilyn Marie Shifrin,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Mercury Mountaineer, fair condition, over 149K miles** | J | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Tools of the trade** | J | **8,000.00** |
| 30. Inventory. | | **Candy in stock** | J | **300.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total ><br>(Total of this page) | **11,300.00** |
|---|---|---|
|  | Total > | **14,142.08** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin**
                    Debtors

Case No. _____

,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Burial Plots (3) | 735 ILCS 5/12-1001(b) | 600.00 | 600.00 |
| **Cash on Hand** | | | |
| Cash on hand | 735 ILCS 5/12-1001(b) | 6.00 | 6.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America Business checking acct #2282 $118.49; Bank of America Personal checking acct #1091 $11; Bank of America Business Checking Acct #2274 $0; Amcore Bank personal checking acct #3696 $106.59 | 735 ILCS 5/12-1001(b) | 236.08 | 236.08 |
| **Household Goods and Furnishings** | | | |
| Usual and necessary household goods and furnishings, including audio, video, and computer equipment | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Various paperbacks and wall hangings | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Wearing Apparel** | | | |
| Clothing | 735 ILCS 5/12-1001(a) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| Various costume jewelry- Debtors have no wedding set | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1997 Mercury Mountaineer, fair condition, over 149K miles | 735 ILCS 5/12-1001(c) | 3,000.00 | 3,000.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Tools of the trade | 735 ILCS 5/12-1001(d) | 3,000.00 | 8,000.00 |
| | 735 ILCS 5/12-1001(b) | 5,000.00 | |
| **Inventory** | | | |
| Candy in stock | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| | | | |
| | Total: | 14,742.08 | 14,742.08 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Gary Stuart Shifrin,**

**Marilyn Marie Shifrin,**
Case No. _____

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | |
| | | | | Total (Report on Summary of Schedules) | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Gary Stuart Shifrin,**                                                    Case No. _____
        **Marilyn Marie Shifrin**
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin,**

Case No. _____

                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **1961** <br><br> **IDES** <br> **PO Box 19300** <br> **Springfield, IL 62794** | | J | **2001-2009** <br><br> **State Unemployment taxes for Custom Candy Design, LLC** | | | | <br><br><br><br> **20,465.00** | **Unknown** | <br><br><br> **Unknown** |
| Account No. **1961** <br><br> **Illinois Department of Revenue** <br> **Springfield, IL 62736** | | J | **2007-2009** <br><br> **Unpaid payroll taxes and Sales Tax for Custom Candy Design, LLC** | | | | <br><br><br><br> **2,000.00** | **Unknown** | <br><br><br> **Unknown** |
| Account No. **1961** <br><br> **IRS** <br> **PO Box 145566, Stop 813G CSC** <br> **Cincinnati, OH 45250** | | J | **2001-2009** <br><br> **Unpaid Payroll Taxes,  unemployment taxes, interest, and penalties for Custom Candy Design, LLC** | | | | <br><br><br><br> **151,613.00** | **Unknown** | <br><br><br> **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **0.00** <br> **174,078.00** | <br> **0.00** |
| Total <br> (Report on Summary of Schedules) | **0.00** <br> **174,078.00** | <br> **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Gary Stuart Shifrin,**                                                    Case No. _____
         **Marilyn Marie Shifrin**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5047** <br><br> **Advanced Medical Imaging** <br> **111 N. Wabash, Ste.620** <br> **Chicago, IL 60602** | | | | J | **2002** <br> **Medical** | | | | 156.00 |
| Account No. **1961** <br><br> **Alan Sohn, Esq.** <br> **30 N. LeSalle St., #2040** <br> **Chicago, IL 60602** | | | | J | **2007** <br> **Business debt- Attorney Fees** | | | | 9,578.00 |
| Account No. <br><br> **Allied Interstate, Inc.** <br> **3000 Corporate Exchange Dr.** <br> **Columbus, OH 43231** | | | | J | **Collection agency for Providian; Credit card purchases, interest, fees** | | | | 3,910.00 |
| Account No. **2298** <br><br> **ALW Sourcing** <br> **1804 Washington Blvd.** <br> **Baltimore, MD 21230** | | | | J | **2004-2008** <br> **Multiple Accounts; Collection agency for Chemical Bank; Credit card purchases, interest, fees** | | | | 5,000.00 |
| **_21_** continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 18,644.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**
        **Marilyn Marie Shifrin**
                                                                            Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8138**<br><br>**American Collections**<br>**919 Estes Ct.**<br>**Schaumburg, IL 60193** | | J | 2007<br>**Collection agency for GI Specialists North Shore NC; Medical** | | | | 63.00 |
| Account No. **1961**<br><br>**American Recovery Systems**<br>**PO Box 2549**<br>**Golf, IL 60029** | | J | 2006<br>**Collection agency for Superior nut- business debt- vendor** | | | | 500.00 |
| Account No. **1961**<br><br>**AmSam (Elson North)**<br>**1206 Allanson Rd.**<br>**Mundelein, IL 60060** | | J | 2005<br>**Business debt- janitorial services** | | | | 835.00 |
| Account No. **5047**<br><br>**Armor Systems Co.**<br>**1700 Kiefer Dr., Ste. 1**<br>**Zion, IL 60099** | | J | 2008<br>**Multiple accounts; Collection agency for James Spitz, MD and The Radiation Medicine Instiution; Medical** | | | | 200.00 |
| Account No. **5047**<br><br>**AT&T f/k/a SBC**<br>**5020 Ash Grove Rd.**<br>**Springfield, IL 62711** | | J | 2008-2009<br>**Utility Service** | | | | 120.00 |

Sheet no. __1___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,718.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary Stuart Shifrin,**
     **Marilyn Marie Shifrin,**
                                       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5047**<br><br>**Austin & Dempster Currency**<br>**6126 Dempster St.**<br>**Morton Grove, IL 60053** | | J | | | **2008**<br>**NSF checks cashed by Debtor's daughter-**<br>**Debtor's filed police report in Northbrook,**<br>**case #08-12598. Also see Cook county case**<br>**No. 08 CR 16684-85-86; Lake Case No. 08 CF**<br>**2776 and 09 CF 1248.** | | | | 1,220.00 |
| Account No. **1961**<br><br>**Bentley Specialities, Inc.**<br>**7345 N. Hamlin**<br>**Skokie, IL 60076** | | J | | | **2007**<br>**Business debt- vendor** | | | | 400.00 |
| Account No. **5047**<br><br>**Bonnie Smith**<br>**360 W. Illinois St., Unit 611**<br>**Chicago, IL 60610** | | J | | | **2008**<br>**Business and personal loan, interest, fees** | | | | 35,000.00 |
| Account No. **5047**<br><br>**Broadway Montrose Currency**<br>**Exchange**<br>**1002 W. Montrose Ave.**<br>**Chicago, IL 60613** | | J | | | **2008**<br>**NSF checks cashed by Debtor's daughter-**<br>**Debtor's filed police report in Northbrook,**<br>**case #08-12598. Also see Cook county case**<br>**No. 08 CR 16684-85-86; Lake Case No. 08 CF**<br>**2776 and 09 CF 1248.** | | | | 325.00 |
| Account No. **5047**<br><br>**Bruce Pkg.**<br>**8131 N. Ridgeway**<br>**Skokie, IL 60076** | | J | | | **2007**<br>**Business debt- vendor** | | | | 550.00 |

Sheet no. __2___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,495.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Stuart Shifrin,**                                                     Case No. _____
       **Marilyn Marie Shifrin**
                                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047** <br><br> **Carnicerias Jimenez** <br> **550 W. Dundee Rd.** <br> **Wheeling, IL 60090** | | J | **2008** <br> **NSF checks cashed by daughter- criminal case** <br> **No. XXXX** | | | | 1,874.00 |
| Account No. **9672** <br><br> **CCA** <br> **700 Longwater Dr.** <br> **Norwell, MA 02061** | | J | **2008** <br> **Car insurance** | | | | 40.00 |
| Account No. **1961** <br><br> **Century Marketing** <br> **PO Box 1129** <br> **Bowling Green, OH 43402** | | J | **2007** <br> **Business debt- price labels** | | | | 120.00 |
| Account No. **1961** <br><br> **Charles Copeland** <br> **1501 S. Fourth Ave.** <br> **Des Plaines, IL 60018** | | J | **2000-2004** <br> **5 business loans, interest, fees** | | | | 49,000.00 |
| Account No. **5047** <br><br> **Chex Systems** <br> **7805 Hudson Rd., #100** <br> **Saint Paul, MN 55125** | | J | **2005-2008** <br> **Collection agency for LaSalle Bank- Overdraft** <br> **fees** | | | | 1,500.00 |

Sheet no. __3___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,534.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin**
                              ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1961**<br><br>**Chicago Rabinacal Council**<br>**2701 W. Howard St.**<br>**Chicago, IL 60645** | | J | **2008**<br>**Bisiness debt- fees** | | | | 5,000.00 |
| Account No. **5047**<br><br>**Clark Diversey Currency Exchange**<br>**2735 N. Clark St.**<br>**Chicago, IL 60614** | | J | **2008**<br>**NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 200.00 |
| Account No. **5047**<br><br>**Clinical Intervention Cardiology**<br>**9669 N. Kenton**<br>**Skokie, IL 60076** | | J | **2007-2009**<br>**Multiple accounts; Medical** | | | | 400.00 |
| Account No. **5047**<br><br>**Countryside Animal Clinic PC**<br>**4091 Dundee Rd.**<br>**Northbrook, IL 60062** | | J | **2008**<br>**Vet bills** | | | | 1,103.00 |
| Account No. **8685**<br><br>**Credit Management LP**<br>**4200 International Parkway**<br>**Carrollton, TX 75007** | | J | **2009**<br>**Collection agency for Comcast; Utility service** | | | | 449.00 |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,152.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**  Case No. _____
**Marilyn Marie Shifrin**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1961** <br><br> **Cuisine Perel** <br> **1001 Canal Blvd.** <br> **Richmond, CA 94804** | | J | **2004** <br> **Business debt- vendor** | | | | 350.00 |
| Account No. **5047** <br><br> **Dempster Landings Currency Exchange** <br> **2606 Dempster St.** <br> **Park Ridge, IL 60068** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter-** <br> **Debtor's filed police report in Northbrook,** <br> **case #08-12598.  Also see Cook county case** <br> **No. 08 CR 16684-85-86; Lake Case No. 08 CF** <br> **2776 and 09 CF 1248.** | | | | 830.62 |
| Account No. **5047** <br><br> **Devon McCormick Currency Exchange** <br> **3310 W. Devon Ave.** <br> **Lincolnwood, IL 60712** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter-** <br> **Debtor's filed police report in Northbrook,** <br> **case #08-12598.  Also see Cook county case** <br> **No. 08 CR 16684-85-86; Lake Case No. 08 CF** <br> **2776 and 09 CF 1248.** | | | | 1,355.00 |
| Account No. **5047** <br><br> **Devon Western Currency Exchange, In** <br> **2400 W. Devon Ave.** <br> **Chicago, IL 60659** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter-** <br> **Debtor's filed police report in Northbrook,** <br> **case #08-12598.  Also see Cook county case** <br> **No. 08 CR 16684-85-86; Lake Case No. 08 CF** <br> **2776 and 09 CF 1248.** | | | | 1,072.00 |
| Account No. **5047** <br><br> **Dominicks** <br> **Customer Service Department** <br> **PO Box 29093** <br> **Phoenix, AZ 85038** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter-** <br> **Debtor's filed police report in Northbrook,** <br> **case #08-12598.  Also see Cook county case** <br> **No. 08 CR 16684-85-86; Lake Case No. 08 CF** <br> **2776 and 09 CF 1248.** | | | | 1,281.00 |

Sheet no. __5___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,888.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Stuart Shifrin,**
      **Marilyn Marie Shifrin**                                 Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047** <br><br> **Donner & Company Law Offices, LLC** <br> **1125 Wheaton Oaks Court** <br> **Wheaton, IL 60187** | | J | **2009** <br> **Judgment attorney for William Segal and Mental Gymnastics, LLC, Case No. 2009 AR 1917; Business loan** | | | | 25,000.00 |
| Account No. **5047** <br><br> **Dr. Patel** <br> **c/o ENIT** <br> **9532 Eagle Way** <br> **Chicago, IL 60678** | | J | **2007** <br> **Medical** | | | | 40.00 |
| Account No. **5047** <br><br> **Dr. Siddiqui** <br> **9669 N. Kenton, #404** <br> **Skokie, IL 60076** | | J | **2004-2007** <br> **Medical** | | | | 1,440.00 |
| Account No. **5047** <br><br> **Dr. Spitz** <br> **c/o Armor Colelction Systems** <br> **1700 Kiefer Dr.** <br> **Zion, IL 60099** | | J | **2007** <br> **Medical** | | | | 166.00 |
| Account No. **1961** <br><br> **Elliot Silber** <br> **210 Skokie Blvd.** <br> **Highland Park, IL 60035** | | J | **2004** <br> **Business loan, interest, fees** | | | | 785.00 |

Sheet no. __6___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal<br>(Total of this page)      **27,431.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**  
       **Marilyn Marie Shifrin**  
_____,  
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8391** <br><br> **ENH Faculty Practice Assoc.** <br> **9532 Eagle Way** <br> **Chicago, IL 60678** | | J | **2007** <br> **Medical** | | | | 35.00 |
| Account No. **8391** <br><br> **Evanston Northwestern Health** <br> **514 market Loop, #103** <br> **Dundee, IL 60118** | | J | **2007** <br> **Multiple accounts; Medical** | | | | 750.00 |
| Account No. **1961** <br><br> **FedEx** <br> **525 Academy Dr.** <br> **Northbrook, IL 60062** | | J | **2005** <br> **Business debt- shipping supplies** | | | | 2,808.00 |
| Account No. **1961** <br><br> **Ganz** <br> **908 Niagra Falls Blvd., Ste. 043** <br> **North Tonawanda, NY 14120** | | J | **2003** <br> **Business debt- vendor** | | | | 120.00 |
| Account No. **2001** <br><br> **Gary H. Smith, Esq.** <br> **180 N. LSalle Dr.** <br> **Chicago, IL 60601** | | J | **2005** <br> **2005 Real Estate Tax Protest; Attorney fees** | | | | 275.00 |

Sheet no. __7___ of __21__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**3,988.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Stuart Shifrin,**
   **Marilyn Marie Shifrin,**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047** <br><br> Gerald Slutsky, Esq. <br> 2531 Queens Way <br> Northbrook, IL 60062 | | J | **2008** <br> **Judgment attorney for Har-Mil Currency Exchange, case No. 08 M1 112827, and Mundelein Currency Exchange, case No. 08 M1 105257; NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.** | | | | 4,030.00 |
| Account No. **5047** <br><br> GI Specialist of North Shore <br> c/o ACC Intl. <br> 919 Estes Ct. <br> Schaumburg, IL 60193 | | J | **2006** <br> **Medical** | | | | 70.00 |
| Account No. **1961** <br><br> Glenkirk <br> 3504 Commercial Ave. <br> Northbrook, IL 60062 | | J | **2005** <br> **Business debt- vendor** | | | | 432.00 |
| Account No. **5047** <br><br> Glenview Currency Exchange <br> 1633 Waukegan Rd. <br> Glenview, IL 60025 | | J | **2008** <br> **NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 380.00 |
| Account No. **1309** <br><br> Global Payments Check <br> 6215 W. Howard St. <br> Niles, IL 60714 | | J | **2008** <br> **Collection agency for Market Place on Oakton; Medical** | | | | 41.00 |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,953.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**
　　　**Marilyn Marie Shifrin**                                      Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047**<br><br>**Grand Food Center, Inc.**<br>**341 Haxel Ave.**<br>**Glencoe, IL 60022** | | J | **2008**<br>**NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 450.00 |
| Account No. **5047**<br><br>**Grand Foods Center, inc.**<br>**606 Green Bay Rd.**<br>**Winnetka, IL 60093** | | J | **2008**<br>**NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 275.00 |
| Account No. **1961**<br><br>**Hanover Ins.**<br>**440 Lincoln St.**<br>**Worcester, MA 01653** | | J | **2007**<br>**Business- liability audit** | | | | 391.00 |
| Account No. **5047**<br><br>**Happy Foods**<br>**6785 N Northwest hwy.**<br>**Chicago, IL 60631** | | J | **2008**<br>**NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 1,972.00 |
| Account No. **5047**<br><br>**Henria Sandack**<br>**224 Mark Dr.**<br>**Glenview, IL 60025** | | J | **2005**<br>**Business loan, interest, fees** | | | | 17,500.00 |

Sheet no. __**9**___ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　20,588.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**  
      **Marilyn Marie Shifrin,** Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047** <br><br> **Highland Park Lincoln Mercury** <br> **1333 Park Avenue West** <br> **Highland Park, IL 60035** | | J | **2007-2008** <br> **Car repairs** | | | | 2,881.00 |
| Account No. **5047** <br><br> **Howard Paulina Currency Exchange** <br> **1660 W. Howard St.** <br> **Chicago, IL 60626** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 675.00 |
| Account No. **5047** <br><br> **Howard Ridge Currency Exchange** <br> **7559 N. Ridge Blvd.** <br> **Chicago, IL 60645** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 325.00 |
| Account No. **1961** <br><br> **Hoy Classifieds** <br> **435 Michigan Ave.** <br> **Chicago, IL 60611** | | J | **2006** <br> **Business debt- Help wanted ad** | | | | 238.00 |
| Account No. **5047** <br><br> **Hungarian Kosher Foods** <br> **4020 Oakton St.** <br> **Skokie, IL 60076** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 20.00 |

Sheet no. __**10**__ of __**21**__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     4,139.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin**                                                                Case No. _____

                                           ,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1961** <br><br> **IL Secretary fo State** <br> **213 State Capital** <br> **Springfield, IL 62756** | | J | **2008** <br> **Business debt- lisencing fees** | | | | 1,050.00 |
| Account No. **0697** <br><br> **Illinois Collection Se** <br> **8231 185th St., Ste. 100** <br> **Tinley Park, IL 60487** | | J | **2009** <br> **Collection agency for Clinical Interventional Card; Medical** | | | | 320.00 |
| Account No. **5047** <br><br> **Lakeside Food, Inc.** <br> **800 Elm St.** <br> **Winnetka, IL 60093** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 450.00 |
| Account No. **2717** <br><br> **Law Office of Keith S. Schindler, L** <br> **1990 E. Algonquin Rd., Ste. 180** <br> **Schaumburg, IL 60173** | | J | **2007** <br> **Judgment attorney for Providian, Case No. 07 M1 195390; Credit card purchases, interest, fees** | | | | 8,312.00 |
| Account No. **5047** <br><br> **Lawrence Ashland Currency Exchange** <br> **1620 W. Lawrence Ave.** <br> **Chicago, IL 60640** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 420.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                        (Total of this page)       **10,552.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin**
                                   ,

Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5047**<br><br>**Les Rubin**<br>**c/o Rubin & Associates**<br>**1500 Skokie Blvd.**<br>**Northbrook, IL 60062** | | | J | | **2003-2007**<br>**Business loan** | | | | 41,525.00 |
| Account No. **5047**<br><br>**Libertyville Currency Exchange**<br>**1002 N. Milwaukee Ave.**<br>**Libertyville, IL 60048** | | | J | | **2008**<br>**NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 790.00 |
| Account No. **5047**<br><br>**Lisitza**<br>**c/o Rubin & Associates**<br>**1500 Skokie Blvd.**<br>**Northbrook, IL 60062** | | | J | | **2007-2008**<br>**Business loan** | | | | 46,500.00 |
| Account No. **5047**<br><br>**Loraine Ray, Esq.**<br>**27247 N. Fairfield Rd.**<br>**Wauconda, IL 60084** | | | J | | **2007**<br>**Attorney fees and costs** | | | | 2,000.00 |
| Account No. **5665**<br><br>**Lvnv Funding, LLC**<br>**PO Box 10584**<br>**Greenville, SC 29603** | | | J | | **2002-2008**<br>**Collection agency for Providian; Credit card purchases, interest, fees** | | | | 4,000.00 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,815.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin**                                   Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047** <br><br> **Market Place on Oakton** <br> **4817 Oakton St.** <br> **Skokie, IL 60077** | | J | 2008 <br> **NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 16.00 |
| Account No. **6572** <br><br> **McCarthy Burgeos & Wolfe** <br> **26000 Cannon Rd.** <br> **Bedford, OH 44146** | | J | 2005 <br> **Business debt- directory services** | | | | 700.00 |
| Account No. **8391** <br><br> **Medical Business Bureau** <br> **1175 Devin Dr., #173** <br> **Muskegon, MI 49441** | | J | 2010 <br> **Medical** | | | | 85.00 |
| Account No. **8391** <br><br> **Medical Recovery Specialists** <br> **2250 E. Devon Ave., #352** <br> **Des Plaines, IL 60018** | | J | 2009 <br> **Medical** | | | | 500.00 |
| Account No. **8391** <br><br> **Midwest Podiatry Services** <br> **610 S. MAple Ave., #2550** <br> **Oak Park, IL 60304** | | J | 2010 <br> **Medical** | | | | 22.00 |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of            Subtotal                 | 1,323.00 |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary Stuart Shifrin,**          Case No. _____
         **Marilyn Marie Shifrin**

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2888** <br><br> **Miramedrg** <br> **991 Oak Creek Dr.** <br> **Lombard, IL 60148** | | J | **2008** <br> **Collection agency for Northwest Community Hospital; Medical** | | | | 52.00 |
| Account No. **5047** <br><br> **New Commons Currency Exchange** <br> **811 E. Rollins Rd.** <br> **Round Lake, IL 60073** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 991.00 |
| Account No. **5047** <br><br> **New Plaza Currency Exchange** <br> **1315 N. Lewis Ave.** <br> **Waukegan, IL 60085** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 610.00 |
| Account No. **5047** <br><br> **Nida Trading** <br> **PO Box 318** <br> **Woodstock, IL 60098** | | J | **2008-2009** <br> **Business Debt- vendor** | | | | 653.00 |
| Account No. **8391** <br><br> **North Shore Center for Medical Aest** <br> **1535 Lake Cook Rd.** <br> **Northbrook, IL 60062** | | J | **2009** <br> **Medical** | | | | 85.00 |

Sheet no. __**14**__ of __**21**__ sheets attached to Schedule of                 Subtotal                2,391.00
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Stuart Shifrin,**
      **Marilyn Marie Shifrin**                                                    Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047** <br><br> **North Shore Hospital** <br> **9600 Goss Point** <br> **Skokie, IL 60076** | | J | **2009** <br> **Medical** | | | | 1,500.00 |
| Account No. **8391** <br><br> **North Shore Pathology Consultants** <br> **355 Ridge Ave.** <br> **Evanston, IL 60202** | | J | **2003** <br> **Medical** | | | | 148.00 |
| Account No. **5047** <br><br> **North Shore Physicians** <br> **9555 Gross Point Road** <br> **Skokie, IL 60076** | | J | **2003** <br> **Medical** | | | | 60.00 |
| Account No. **8391** <br><br> **North Shore Radiology Service** <br> **9410 Compubill Dr.** <br> **Orland Park, IL 60462** | | J | **2008** <br> **Medical** | | | | 800.00 |
| Account No. **5047** <br><br> **Northshore University Health System** <br> **Hospital Billing** <br> **23056 Network Place** <br> **Chicago, IL 60673** | | J | **2007-2009** <br> **Multiple accounts; Medical** | | | | 4,000.00 |

Sheet no. __**15**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 6,508.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin**
                                          ,
                       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0262**<br><br>**Northwest Community Hospital**<br>**3060 W. Salt Creek Lane**<br>**Arlington Heights, IL 60005** | | J | **2006**<br>**Multiple accounts; Medical** | | | | **2,500.00** |
| Account No. **5047**<br><br>**Oakpark & Belmont Currency Exchange**<br>**6756 W. Belmont Ave.**<br>**Chicago, IL 60634** | | J | **2008**<br>**NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | **260.00** |
| Account No. **1961**<br><br>**Only Ads**<br>**6110 N. California**<br>**Chicago, IL 60659** | | J | **2004**<br>**Business debt- advertising** | | | | **115.00** |
| Account No. **5047**<br><br>**Otis & Lee, Inc.**<br>**1026 Waukegan Rd.**<br>**Northbrook, IL 60062** | | J | **2008**<br>**NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | **229.00** |
| Account No. **8391**<br><br>**Pulmonary Physicians of North Shore**<br>**c/o Transworld Systems**<br>**2235 Mercury Way, #275**<br>**Santa Rosa, CA 95407** | | J | **2010**<br>**Medical** | | | | **140.00** |

Sheet no. __**16**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,244.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Stuart Shifrin,**
**Marilyn Marie Shifrin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **8391** Quest Diagnostics PO Box 64804 Baltimore, MD 21264 | | J | | 2007 Medical | | | | 164.00 |
| Account No. **5047** Radiation Medicine Institute 9818 Eagle Way Chicago, IL 60678 | | J | | 2010 Medical | | | | 27.00 |
| Account No. **5047** Rehab Institute of Chicago 345 E. Superior St., #1130 Chicago, IL 60611 | | J | | 2007 Medical | | | | 220.00 |
| Account No. **8391** Ressurection Health Care PO Box 6670 River Forest, IL 60305 | | J | | 2010 Medical | | | | 43.00 |
| Account No. Richard Shapiro, Esq. 676 N. LaSalle St., Ste. 329 Chicago, IL 60654 | | J | | 2001 2001 Real Eastate Tax Protest; Attorney fees | | | | 445.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

899.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Stuart Shifrin,**
        **Marilyn Marie Shifrin**                                    Case No. _____

                                                  _____,
                                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8391** <br><br> **Rush North Shore** <br> **9600 Gross Point** <br> **Skokie, IL 60076** | | J | 2007 <br> Multiple accounts; Medical | | | | 300.00 |
| Account No. **1961** <br><br> **Rutgers Makin Batch** <br> **PO Box 27** <br> **Bridgeport, IL 62417** | | J | 2005 <br> Business debt- vendor | | | | 221.00 |
| Account No. **5047** <br><br> **Shelly and Beverly Copeland** <br> **9323 Olcott Ave.** <br> **Morton Grove, IL 60053** | | J | 2003 <br> 2 business loans, interest, fees | | | | 14,000.00 |
| Account No. **8391** <br><br> **Skokie ER Service** <br> **PO Box 758733** <br> **Baltimore, MD 21275** | | J | 2008 <br> Medical | | | | 11.00 |
| Account No. **8391** <br><br> **Sorman & Frankel** <br> **203 North LaSalle St., Ate. 2350** <br> **Chicago, IL 60601** | | J | 2008 <br> Judgment attorney for Wilson Broadway Currency Exchange, Inc.; Case No. 08 M1 171971; NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake | | | | 3,015.00 |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     17,547.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Stuart Shifrin,**
        **Marilyn Marie Shifrin,**                                        Case No. _____

                                                      ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1961**<br><br>Stanley Mandeltort<br>14739 Mayland Villa Rd.<br>Lincolnshire, IL 60069 | | J | **2004**<br>**Business debt- Business plan consulting** | | | | 2,000.00 |
| Account No. **5047**<br><br>Sunset Food Mart, Inc.<br>825 S. Waukegan Rd., Ste. D<br>Lake Forest, IL 60045 | | J | **2008**<br>**NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 50.00 |
| Account No. **5047**<br><br>Sunset Foods<br>777 Central Ave., Ste. 3<br>Highland Park, IL 60035 | | J | **2008**<br>**NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 600.00 |
| Account No. **5047**<br><br>Sunset Foods<br>1451 Peterson Rd.<br>Libertyville, IL 60048 | | J | **2008**<br>**NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 100.00 |
| Account No. **5047**<br><br>Sunset Foods Market<br>1127 Church St.<br>Northbrook, IL 60062 | | J | **2008**<br>**NSF checks cashed by Debtor's daughter-Debtor's filed police report in Northbrook, case #08-12598. Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 1,250.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           4,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Stuart Shifrin,**
    **Marilyn Marie Shifrin**
                                           ,
                                   Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047** <br><br> **The Affiliated Group I** <br> **PO Box 7739** <br> **Rochester, MN 55903** | | J | 2008-2009 <br> **Collection agency for Walgreens Home Medical Care; Medical** | | | | 5,200.00 |
| Account No. **0294** <br><br> **The Bureaus, Inc.** <br> **1717 Central St.** <br> **Evanston, IL 60204** | | J | 2007 <br> **Collection for Northshore Dermatology SC; Medical** | | | | 477.00 |
| Account No. <br><br> **The Hanover Insurance Group, Inc.** <br> **440 Lincoln St.** <br> **Worcester, MA 01653** | | J | 2007-2010 <br> **Auto insurance and liability audit** | | | | 450.00 |
| Account No. **1961** <br><br> **UPS Corporate Headquarters** <br> **55 Glenlake Pkwy, NE** <br> **Atlanta, GA 30328** | | J | 2006 <br> **Business debt- shipping supplies** | | | | 500.00 |
| Account No. **1633** <br><br> **Veolia Enviromental** <br> **2800 Shermer Rd.** <br> **Northbrook, IL 60062** | | J | 2007 <br> **Business Debt- vendor** | | | | 179.00 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,806.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary Stuart Shifrin,**
      **Marilyn Marie Shifrin**                                   Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1961** <br><br> **Waste Management** <br> **1001 Fannin, Ste.4000** <br> **Houston, TX 77002** | | J | **2008** <br> **Business debt- Trash service** | | | | 300.00 |
| Account No. **5047** <br><br> **West Suburban Currency Exchange** <br> **1528 Lee St.** <br> **Des Plaines, IL 60018** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 535.00 |
| Account No. **5047** <br><br> **Wilson Kedzie Currency Exchange** <br> **4601 N. Kedzie Ave.** <br> **Chicago, IL 60625** | | J | **2008** <br> **NSF checks cashed by Debtor's daughter- Debtor's filed police report in Northbrook, case #08-12598.  Also see Cook county case No. 08 CR 16684-85-86; Lake Case No. 08 CF 2776 and 09 CF 1248.** | | | | 325.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 1,160.00 |
| Total <br> (Report on Summary of Schedules) | 332,775.62 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Gary Stuart Shifrin,**
     **Marilyn Marie Shifrin**
                                          ,
                               Debtors

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Vincent Frederico**<br>**1903 Hopi Lane**<br>**Mount Prospect, IL 60056** | **Residential lease ending 5/2011** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re     **Gary Stuart Shifrin,**                                 Case No. _____

        **Marilyn Marie Shifrin**

_____,

                         Debtors

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Gary Stuart Shifrin**
        **Marilyn Marie Shifrin**                                    Case No.

_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **50% interest** | **50% interest** |
| Name of Employer | **Custom Candy Design** | **Custom Candy Design** |
| How long employed | | |
| Address of Employer | **33988 Commercial Avenue**<br>**Northbrook, IL 60062** | **33988 Commercial Avenue**<br>**Northbrook, IL 60062** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | |
| (Specify): **Social Security** | $ **2,078.00** | $ **992.50** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income | | |
| (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,078.00** | $ **992.50** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,078.00** | $ **992.50** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **3,070.50** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Gary Stuart Shifrin**
**Marilyn Marie Shifrin**                                     Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,450.00 |
|   a. Are real estate taxes included?   Yes ___   No **X** | | |
|   b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 150.00 |
|              b. Water and sewer | $ | 0.00 |
|              c. Telephone | $ | 150.00 |
|              d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 0.00 |
|              b. Life | $ | 270.00 |
|              c. Health | $ | 193.00 |
|              d. Auto | $ | 100.00 |
|              e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 0.00 |
|              b. Other | $ | 0.00 |
|              c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Personal care expenses** | $ | 100.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,373.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | $ | 3,070.50 |
| b.  Average monthly expenses from Line 18 above | $ | 3,373.00 |
| c.  Monthly net income (a. minus b.) | $ | -302.50 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gary Stuart Shifrin**
**Marilyn Marie Shifrin**

Case No.

Debtor(s)

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **36**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 11, 2010**         Signature   **/s/ Gary Stuart Shifrin**

                                                **Gary Stuart Shifrin**
                                                Debtor

Date  **August 11, 2010**         Signature   **/s/ Marilyn Marie Shifrin**

                                                **Marilyn Marie Shifrin**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gary Stuart Shifrin**
**Marilyn Marie Shifrin**

_____
Debtor(s)

Case No. _____

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-20,486.00 | **2010 YTD Custom Candy Design** |
| $-29,632.00 | **2009 Custom Candy Design- Sch. C** |
| $-600.00 | **2008 H Custom Candy Design, LLC K1** |
| $-2,400.00 | **2008 W Custom Candy Design, LLC- K1** |
| $5,700.00 | **2008 H Consulting 1099 income- gross** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,546.00** | **2010 H YTD Social Security** |
| **$6,947.50** | **2010 W YTD Social Security** |
| **$36,850.00** | **2009 H & W Social Security** |
| **$-990.00** | **2009 Long term capital loss** |
| **$34,829.00** | **2008 H & W Social Security** |
| **$-990.00** | **2008 Long term operating loss** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wilson Broadway Currency Exchange, Inc., an Illinois Corporation vs. Custom Candy Design, LLC, an Illinois Limited Liability Company, and Marilyn Shifrin; Case No. 09-8 M1 171971** | **Civil** | **Circuit Court of Cook County, IL** | **Judgment entered $3015.00; Pending status date of 8/12/2010** |
| **William Segal and Mental Gymnastics, LLC vs. Gary and Marilyn Shifrin, and Custom Candy Design, LLC; Case No. 2009 AR 1917** | **Civil** | **Circuit Court of the Eighteenth Judicial Circuit, DuPage County, IL** | **Judgment entered $24500.00 plus costs; Pending status date of 8/25/2010** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Newland Newland & Newland**<br>**1512 Artaius Parkway, Ste. 300**<br>**Libertyville, IL 60048** | **2010** | **$2874, including atorney fee, filing fee, and costs** |
| **DECAF**<br>**www.bkcert.com** | **2010** | **$40** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11.  Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None □
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Raymond Shifrin** **257 Lynwood Lane** **Bloomingdale, IL 60108** | **3 Refrigerated candy cases and all Custom Candy Design chocolate recipes; $5000** | **Debtor's location of business** |

**15.  Prior address of debtor**

None □
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **204 Fairview Lane, Northbrook, IL 60062** | **Gary and Marilyn Shifrin** | **11/1979-11/2007** |

**16. Spouses and Former Spouses**

None ■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Custom Candy Design, LLC** | 36-4391961 | **3398 B Commercial Ave. Northbrook, IL 60062** | **Custom Candy Production** | **2000-3/13/2009** |
| **Custom Candy Design** | 5047 | **3398 B Commercial Ave. Northbrook, IL 60062** | **Custom Candy Production** | **1/2009-current** |
| **Gary Shirfin** | 5047 | **621 Thistle Lane Prospect Heights, IL 60070** | **Consulting** | **2008** |

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                 ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED
**Rubin & Associates**                                 **2000-current**
**1500 Skokie Blvd.**
**Northbrook, IL 60062**

None
■
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                           DATES SERVICES RENDERED

None
☐
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                           ADDRESS
**Rubin & Associates**                              **1500 Skokie Blvd.**
                                               **Northbrook, IL 60062**

None
■
   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

**20. Inventories**

None
■
   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                     DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY           INVENTORY SUPERVISOR           (Specify cost, market or other basis)

None
■
   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                  RECORDS

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
■     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                      TITLE                            NATURE AND PERCENTAGE
                                                                       OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                  ADDRESS                          DATE OF WITHDRAWAL

None
■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                         DATE AND PURPOSE                 AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                       VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August 11, 2010**                             Signature   **/s/ Gary Stuart Shifrin**
                                                                     **Gary Stuart Shifrin**
                                                                     Debtor


Date   **August 11, 2010**                             Signature   **/s/ Marilyn Marie Shifrin**
                                                                     **Marilyn Marie Shifrin**
                                                                     Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gary Stuart Shifrin**
    **Marilyn Marie Shifrin**
                                     Debtor(s)
           Case No.

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
    ☐ Surrendered                       ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                   ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**Vincent Frederico** | **Describe Leased Property:**<br>**Residential lease ending 5/2011** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 11, 2010**            Signature  **/s/ Gary Stuart Shifrin**
                                                **Gary Stuart Shifrin**
                                                Debtor

Date  **August 11, 2010**            Signature  **/s/ Marilyn Marie Shifrin**
                                                  **Marilyn Marie Shifrin**
                                                Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gary Stuart Shifrin**
**Marilyn Marie Shifrin**

Case No. _____

Debtor(s)

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,575.00 |
| Prior to the filing of this statement I have received | $ | 2,575.00 |
| Balance Due | $ | 0.00 |

2.  $ **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications, if applicable and explicitly agreed upon in fee agreement.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions or any other adversary proceeding**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **August 11, 2010**

**/s/ Stephen S. Newland**
**Stephen S. Newland 6207458**
**Newland Newland & Newland**
**1512 Artaius Parkway**
**Libertyville, IL 60048**
**(847) 549-0000  Fax: (847) 549-1902**
**steve@newlandlaw.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gary Stuart Shifrin**
    **Marilyn Marie Shifrin** _____

Debtor(s)

Case No. _____

Chapter   **7**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gary Stuart Shifrin**
**Marilyn Marie Shifrin**_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ Gary Stuart Shifrin** _____    **August 11, 2010**
   Signature of Debtor               Date

X  **/s/ Marilyn Marie Shifrin** _____    **August 11, 2010**
   Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Gary Stuart Shifrin**
        **Marilyn Marie Shifrin**

                        Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:             **145**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 11, 2010**          **/s/ Gary Stuart Shifrin**

                                      **Gary Stuart Shifrin**
                                      Signature of Debtor

Date:   **August 11, 2010**          **/s/ Marilyn Marie Shifrin**

                                      **Marilyn Marie Shifrin**
                                      Signature of Debtor

Advanced Medical Imaging
111 N. Wabash, Ste.620
Chicago, IL 60602

Alan Sohn, Esq.
30 N. LeSalle St., #2040
Chicago, IL 60602

Allied Interstate, Inc.
3000 Corporate Exchange Dr.
Columbus, OH 43231

ALW Sourcing
1804 Washington Blvd.
Baltimore, MD 21230

American Collections
919 Estes Ct.
Schaumburg, IL 60193

American Recovery Systems
PO Box 2549
Golf, IL 60029

AmSam (Elson North)
1206 Allanson Rd.
Mundelein, IL 60060

Armor Systems Co.
1700 Kiefer Dr., Ste. 1
Zion, IL 60099

AT&T f/k/a SBC
5020 Ash Grove Rd.
Springfield, IL 62711

Austin & Dempster Currency
6126 Dempster St.
Morton Grove, IL 60053

Barr Management
2400 W. Devon Ave.
Chicago, IL 60659

Barr Managment, Ltd.
5135 W. Chicago Ave
Chicago, IL 60651


Bentley Specialities, Inc.
7345 N. Hamlin
Skokie, IL 60076


Bonnie Smith
360 W. Illinois St., Unit 611
Chicago, IL 60610


Broadway Montrose Currency Exchange
1002 W. Montrose Ave.
Chicago, IL 60613


Bruce E. Adelman & Assoc.
33 N. LaSalle St., #3300
Chicago, IL 60602


Bruce Pkg.
8131 N. Ridgeway
Skokie, IL 60076


Capital Management Services
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Carnicerias Jimenez
550 W. Dundee Rd.
Wheeling, IL 60090


CCA
700 Longwater Dr.
Norwell, MA 02061


Century Marketing
PO Box 1129
Bowling Green, OH 43402


Charles Copeland
1501 S. Fourth Ave.
Des Plaines, IL 60018

Chex Systems
7805 Hudson Rd., #100
Saint Paul, MN 55125


Chicago Rabinacal Council
2701 W. Howard St.
Chicago, IL 60645


Clark Diversey Currency Exchange
2735 N. Clark St.
Chicago, IL 60614


Clinical Intervention Cardiology
9669 N. Kenton
Skokie, IL 60076


Collection Credit Protection Assoc.
PO Box 802068
Dallas, TX 75380


Collection Revenue Protection Mgt.
PO Box 5050
Linden, MI 48451


Countryside Animal Clinic PC
4091 Dundee Rd.
Northbrook, IL 60062


Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459


Credit Management LP
4200 International Parkway
Carrollton, TX 75007


Cuisine Perel
1001 Canal Blvd.
Richmond, CA 94804


Dempster Landings Currency Exchange
2606 Dempster St.
Park Ridge, IL 60068

Devon McCormick Currency Exchange
3310 W. Devon Ave.
Lincolnwood, IL 60712


Devon Western Currency Exchange, In
2400 W. Devon Ave.
Chicago, IL 60659


Dominicks
Customer Service Department
PO Box 29093
Phoenix, AZ 85038


Donner & Company Law Offices, LLC
1125 Wheaton Oaks Court
Wheaton, IL 60187


Dr. Goldberg
9532 Eagle Way
Chicago, IL 60678


Dr. Patel
c/o ENIT
9532 Eagle Way
Chicago, IL 60678


Dr. Siddiqui
9669 N. Kenton, #404
Skokie, IL 60076


Dr. Spitz
c/o Armor Colelction Systems
1700 Kiefer Dr.
Zion, IL 60099


Elliot Silber
210 Skokie Blvd.
Highland Park, IL 60035


ENH
23056 NEtwork Pl.
Chicago, IL 60673

ENH Faculty Practice Assoc.
9532 Eagle Way
Chicago, IL 60678


Evanston Northwestern Health
514 market Loop, #103
Dundee, IL 60118


FedEx
525 Academy Dr.
Northbrook, IL 60062


FFCC
PO Box 3521
Akron, OH 44309


Ganz
908 Niagra Falls Blvd., Ste. 043
North Tonawanda, NY 14120


Gary H. Smith, Esq.
180 N. LSalle Dr.
Chicago, IL 60601


Gerald Slutsky, Esq.
2531 Queens Way
Northbrook, IL 60062


GI Specialist of North Shore
c/o ACC Intl.
919 Estes Ct.
Schaumburg, IL 60193


Glenkirk
3504 Commercial Ave.
Northbrook, IL 60062


Glenview Currency Exchange
1633 Waukegan Rd.
Glenview, IL 60025


Global Pay
ATTN: Bankruptcy
PO Box 661158
Chicago, IL 60666

Global Payments Check
6215 W. Howard St.
Niles, IL 60714


Grand Food Center, Inc.
341 Haxel Ave.
Glencoe, IL 60022


Grand Foods Center, inc.
606 Green Bay Rd.
Winnetka, IL 60093


Hanover Ins.
440 Lincoln St.
Worcester, MA 01653


Happy Foods
6785 N Northwest hwy.
Chicago, IL 60631


Har-Mil Currency Enchange
7519 N. Milwaukee Ave.
Niles, IL 60714


Henria Sandack
224 Mark Dr.
Glenview, IL 60025


Highland Park Lincoln Mercury
1333 Park Avenue West
Highland Park, IL 60035


Howard Paulina Currency Exchange
1660 W. Howard St.
Chicago, IL 60626


Howard Ridge Currency Exchange
7559 N. Ridge Blvd.
Chicago, IL 60645


Hoy Classifieds
435 Michigan Ave.
Chicago, IL 60611

Hungarian Kosher Foods
4020 Oakton St.
Skokie, IL 60076


IDES
PO Box 19300
Springfield, IL 62794


IL Secretary fo State
213 State Capital
Springfield, IL 62756


Illinois Collection Se
8231 185th St., Ste. 100
Tinley Park, IL 60487


Illinois Collection Se.
PO Box 1010
Tinley Park, IL 60487


Illinois Department of Revenue
Springfield, IL 62736


IRS
PO Box 145566, Stop 813G CSC
Cincinnati, OH 45250


Joseph Mann & Creed
20600 Chagrin Blvd.
Shaker Heights, OH 44122


Lakeside Food, Inc.
800 Elm St.
Winnetka, IL 60093


Law Office of Keith S. Schindler, L
1990 E. Algonquin Rd., Ste. 180
Schaumburg, IL 60173


Lawrence Ashland Currency Exchange
1620 W. Lawrence Ave.
Chicago, IL 60640

Les Rubin
c/o Rubin & Associates
1500 Skokie Blvd.
Northbrook, IL 60062


Libertyville Currency Exchange
1002 N. Milwaukee Ave.
Libertyville, IL 60048


Lisitza
c/o Rubin & Associates
1500 Skokie Blvd.
Northbrook, IL 60062


Loraine Ray, Esq.
27247 N. Fairfield Rd.
Wauconda, IL 60084


Lvnv Funding, LLC
PO Box 10584
Greenville, SC 29603


Lvnv Funding, LLC
PO Box 740281
Houston, TX 77274


Mages & Price
707 Lake Cook Rd., Ste. 314
Deerfield, IL 60015


Market Place on Oakton
4817 Oakton St.
Skokie, IL 60077


Market Place on Oakton
4817 W. Oakton
Skokie, IL 60077


McCarthy Burgeos & Wolfe
26000 Cannon Rd.
Bedford, OH 44146


MCM
PO Box 60578
Los Angeles, CA 90060

Medical Business Bureau
1175 Devin Dr., #173
Muskegon, MI 49441


Medical Recovery
2250 E. Delaware, #352
Des Plaines, IL 60018


Medical Recovery Specialists
2250 E. Devon Ave., #352
Des Plaines, IL 60018


Midwest Podiatry Services
610 S. MAple Ave., #2550
Oak Park, IL 60304


MIRA Med Revenue
Sept. 77304
PO Box 7700
Detroit, MI 48277


Miramedrg
991 Oak Creek Dr.
Lombard, IL 60148


Mundelein Currency Exchange
366 Townline Rd.
Mundelein, IL 60060


New Commons Currency Exchange
811 E. Rollins Rd.
Round Lake, IL 60073


New Plaza Currency Exchange
1315 N. Lewis Ave.
Waukegan, IL 60085


New Plaza Currency Exchange
c/o Kaine Management
6326 W. 95th St.
Oak Lawn, IL 60453


Nida Trading
PO Box 318
Woodstock, IL 60098

North Shore Center for Medical Aest
1535 Lake Cook Rd.
Northbrook, IL 60062


North Shore Dermatology
9711 Skokie Blvd.
Skokie, IL 60077


North Shore Hospital
9600 Goss Point
Skokie, IL 60076


North Shore Pathology Consultants
355 Ridge Ave.
Evanston, IL 60202


North Shore Physicians
9555 Gross Point Road
Skokie, IL 60076


North Shore Radiology Service
9410 Compubill Dr.
Orland Park, IL 60462


Northshore University Health System
Hospital Billing
23056 Network Place
Chicago, IL 60673


Northshore University Health System
Faculty Practice Associates
9532 Eagle Way
Chicago, IL 60678


Northshore University Health System
9851 Eagle Way
Chicago, IL 60678


Northwest Community Hospital
3060 W. Salt Creek Lane
Arlington Heights, IL 60005


NW Community Hospital
3060 Salt Creek Lane
Arlington Heights, IL 60005

Oakpark & Belmont Currency Exchange
6756 W. Belmont Ave.
Chicago, IL 60634


Only Ads
6110 N. California
Chicago, IL 60659


OSF Collection
1375 E. Weedfield Rd.
Schaumburg, IL 60173


Otis & Lee, Inc.
1026 Waukegan Rd.
Northbrook, IL 60062


Paul Gagerman, Esq.
425 Huehl, Bldg. #2
Northbrook, IL 60062


Pinnacle Management Services
514 Market Loop, Ste 103
Dundee, IL 60118


Pulmonary Physicians of North Shore
c/o Transworld Systems
2235 Mercury Way, #275
Santa Rosa, CA 95407


Pulmonary Physicians of North Shore
2151 Waukegan Rd., #110
Deerfield, IL 60015


Quest Diagnostics
PO Box 64804
Baltimore, MD 21264


Radiation Medicine Institute
9818 Eagle Way
Chicago, IL 60678


Rehab Institute of Chicago
345 E. Superior St., #1130
Chicago, IL 60611

Ressurection Health Care
PO Box 6670
River Forest, IL 60305


Richard Shapiro, Esq.
676 N. LaSalle St., Ste. 329
Chicago, IL 60654


RMS
4836 Brecksville Rd.
Richfield, OH 44286


Rush North Shore
9600 Gross Point
Skokie, IL 60076


Rutgers Makin Batch
PO Box 27
Bridgeport, IL 62417


Shelly and Beverly Copeland
9323 Olcott Ave.
Morton Grove, IL 60053


Skokie ER Service
PO Box 758733
Baltimore, MD 21275


Sorman & Frankel
203 North LaSalle St., Ate. 2350
Chicago, IL 60601


Stanley Mandeltort
14739 Mayland Villa Rd.
Lincolnshire, IL 60069


Sunset Food Mart, Inc.
825 S. Waukegan Rd., Ste. D
Lake Forest, IL 60045


Sunset Foods
777 Central Ave., Ste. 3
Highland Park, IL 60035

Sunset Foods
1451 Peterson Rd.
Libertyville, IL 60048

Sunset Foods Market
1127 Church St.
Northbrook, IL 60062

Superior Nut
1111 W. 40th St.
Chicago, IL 60609

The Affiliated Group I
PO Box 7739
Rochester, MN 55903

The Bureaus, Inc.
1717 Central St.
Evanston, IL 60204

The Hanover Insurance Group, Inc.
440 Lincoln St.
Worcester, MA 01653

UPS Corporate Headquarters
55 Glenlake Pkwy, NE
Atlanta, GA 30328

Veolia Enviromental
2800 Shermer Rd.
Northbrook, IL 60062

Walgreens Home Health Care
PO Box 4018
Danville, IL 61834

Waste Management
1001 Fannin, Ste.4000
Houston, TX 77002

West Suburban Currency Exchange
1528 Lee St.
Des Plaines, IL 60018

William Segal
139 N. Wittiaker
New Buffalo, MI 49117


Wilson Broadway Currency Exchange
4599 N. Broadway St.
Chicago, IL 60640


Wilson Kedzie Currency Exchange
4601 N. Kedzie Ave.
Chicago, IL 60625